Attn: Judge 2/14/20
W. Fremming Nielsen;
My name is Nelda M. Ocanaz. I am a resident of Washington for at 55 yrs. I Am an Elder at Grace Church in Walla Walla Co. I am under Senior Pastors Dave + Mikki Jones for 15 yrs. Currently a christian for 30 yrs.
I write this Letter hoping that you would consider a Character reference letter on behalf of Katrina M. Adams. As of today I have Known Katrina for the Last 5 yrs. Three before she was admitted and the last 2 yrs while her stay in your services. Her entire family came to us at Grace Church and have settled in.
I personally have made friends with all of them. I've spent faithfully mentoring, discipling, praying, worshipping, socializing at Coffee shops with Katrina. I became familiar with her motherhood to her child [redacted]. I've Seen, witnessed nothing but a mothers Love for her family. I've seen her faithfully committed to her job as a CNA. She was a responsible resident paying her newly vehicle. I have never heard Katrina speak foul Languages. I witnessed her young motherhood as only Loving never a dangerous one. She had dreams, goals just like anyone else in this world. I believe she is a great student of the gospel. She has a family lineage of their faith in God.

Mercy, now plays a big part of this case. I truly believe Katrina was a victim to this case. And to her accusers. Katrina has no past history of what man is accusing her of. What ever happened to the phrase "I innocent until proven guilty." I believe Katrina was not given legal representatives from the start. I had heard that several attorneys did not even want to take her case due to, it was to difficult and confusing. Katrina also suffered many things that happened to her the first entire year of her stay in jail.
I am praying for any and all Injustice to be revealed for Katrina M. Adams
Katrina's personal character is lovely, to all. Her relationship with her Savior and Lord Jesus Christ is her life since birth. I honestly can committ to continue to mentor Katrina, as I have been working with her in writing letters for the last 2yrs. I've seen everything but good progress over all mostly spiritually, but includes mentally, physically.

I am pleased, God is pleased seeing her choose life in Him and walking in this truth in the gospel.
I believe she will do amazingly at Grace Church with her church family.
I am proposing to you, if granted that I will do my best to my knowledge with wisdom to help Katrina with any help from our Community support programs available in Walla Walla Co.

P.S. If it helps to add if I may. My career has been in Social Work in the past. I am well acquinted with these government social community programs that help people like Katrina since 1980's. I have personally contacted one in Walla Walla Co. to help Katrina when released. I am to return the call with any info I can give them to get started. Thank you for your time and mercy.

Sincerely
Katrina's
spiritual guide
and friend, mother