**STUDENT INFORMATION**

# WASHINGTON STATE HIGH SCHOOL TRANSCRIPT

**SCHOOL OF RECORD**

LEGAL NAME(LAST, FIRST MIDDLE) (And Other/Former Names Used)
ADAMS, KATRINA MICHELLE

REPORT DATE
01/21/2020

GRADUATION DATE
06/2012

SCHOOL NAME, ADDRESS, PHONE NUMBER
WALLA WALLA HIGH SCHOOL
800 ABBOTT RD
WALLA WALLA, WA 99362
(509) 527-3020

Grade Point Table

| Grade | Points |
|---|---|
| A | = 4.0 |
| A- | = 3.7 |
| B+ | = 3.3 |
| B | = 3.0 |
| B- | = 2.7 |
| C+ | = 2.3 |
| C | = 2.0 |
| C- | = 1.7 |
| D+ | = 1.3 |
| D | = 1.0 |
| E or F | = 0.0 |

NOT USED IN G.P.A.
P/N Pass/No Pass.
CR/NC Credit/No Credit
S/U Satisfactory/Unsatisfactory
W Withdraw

DISTRICT IDENTIFICATION NUMBER: 38138
BIRTH DATE: 11/29/1992

PARENT(S)/GUARDIAN(S)
ADAMS, PAUL
ADAMS, PAMELA

SSID
7006 197 619
Grad Reqmts Year 2012

SCHOOL DISTRICT NAME
WALLA WALLA

*** SCHOOLS ATTENDED ***

| Entry | Exit | School | City, State |
|---|---|---|---|
| 08/2008 | 06/2012 | WALLA WALLA HIGH SCHOOL | WALLA WALLA, WA |

******* COURSE DESIGNATION KEY *******

A = Advanced Placement
B = CADR
C = College in the HS
H = Honors Option
I = Intl Baccalaureate
K = Cambridge Program
L = Local Comp Test
N = National Comp Test
Q = Quantitative
R = Running Start
S = Science Lab
T = CTE Dual Credit (Tech Prep)
Z = Non-Instructional

******* ACADEMIC RECORD *******

| Course Code | Description | Ltr Grd | Cred Earn | Cred Attp | Course Dsg |
|---|---|---|---|---|---|
| | MO/YR: 01/2009 | GRD LVL: 09 | | | |
| ENG305 | BASIC FROSH ENG | A- | 0.500 | 0.500 | |
| GST100 | GUIDED STUDY | NC | 0.000 | 0.000 | |
| MAT435 | ALGEBRA 1-2 | D | 0.500 | 0.500 | |
| MUS237 | CANTABILE CHOIR | A | 0.500 | 0.500 | |
| PEM935 | INTRO PE 1-2 | D | 0.500 | 0.500 | |
| SCI556 | FR SCIENCE 1-2 | F | 0.000 | 0.500 | |
| SOC604 | FR WORLD HIST | D | 0.500 | 0.500 | |
| | MO/YR: 06/2009 | GRD LVL: 09 | | | |
| ENG305 | BASIC FROSH ENG | B+ | 0.500 | 0.500 | |
| GST100 | GUIDED STUDY | NC | 0.000 | 0.000 | |
| MAT435 | ALGEBRA 1-2 | F | 0.000 | 0.500 | |
| MUS237 | CANTABILE CHOIR | A | 0.500 | 0.500 | |
| PEM935 | INTRO PE 1-2 | F | 0.000 | 0.500 | |
| SCI556 | FR SCIENCE 1-2 | D | 0.500 | 0.500 | |
| SOC635 | NW HISTORY FR | D+ | 0.500 | 0.500 | |
| | MO/YR: 01/2010 | GRD LVL: 10 | | | |
| ENG315 | BASIC SOPH ENG | A | 0.500 | 0.500 | |
| LAN255 | SPANISH 1-2 | C | 0.500 | 0.500 | |
| MAT435 | ALGEBRA 1-2 | C- | 0.500 | 0.500 | |
| MUS236 | CHANSONS CHOIR | B | 0.500 | 0.500 | |
| PEM985 | PROJECT ACTIVE | A | 0.500 | 0.500 | |
| SCI556 | FR SCIENCE 1-2 | C | 0.500 | 0.500 | |
| | MO/YR: 06/2010 | GRD LVL: 10 | | | |
| ART261 | ART 1-2 | B+ | 0.500 | 0.500 | |
| ENG315 | BASIC SOPH ENG | A- | 0.500 | 0.500 | |
| HFL773 | CHILD DVLPMNT | A- | 0.500 | 0.500 | T |
| MAT435 | ALGEBRA 1-2 | D | 0.500 | 0.500 | |
| MUS236 | CHANSONS CHOIR | A- | 0.500 | 0.500 | |
| PEM985 | PROJECT ACTIVE | A- | 0.500 | 0.500 | |
| | MO/YR: 01/2011 | GRD LVL: 11 | | | |
| ART250 | DIGITAL PHOTOG | B | 0.500 | 0.500 | T |
| ENG318 | BSC JUNIOR ENG | A | 0.500 | 0.500 | |
| MAT448 | GEOMETRY 1-2 | C | 0.500 | 0.500 | |
| MUS288 | CONCERT CHOIR | A | 0.500 | 0.500 | |
| SCI569 | CP BIOL 1-2 | A | 0.500 | 0.500 | |
| SOC655 | US HISTORY 1-2 | D | 0.500 | 0.500 | |
| | MO/YR: 06/2011 | GRD LVL: 11 | | | |
| ENG318 | BSC JUNIOR ENG | A- | 0.500 | 0.500 | |
| MAT448 | GEOMETRY 1-2 | B | 0.500 | 0.500 | |
| MUS288 | CONCERT CHOIR | B | 0.500 | 0.500 | |
| SCI569 | CP BIOL 1-2 | A- | 0.500 | 0.500 | |
| SOC655 | US HISTORY 1-2 | C- | 0.500 | 0.500 | |
| SSC001 | TEACHER ASST. | P | 0.500 | 0.500 | |
| | MO/YR: 01/2012 | GRD LVL: 12 | | | |
| AGR847 | FLORICULTURE1-2 | A | 0.500 | 0.500 | |
| ENG320 | FNDTNS ENG 4 | C | 0.500 | 0.500 | |
| HFL753 | FOODS AND YOU | C+ | 0.500 | 0.500 | T |
| MUS288 | CONCERT CHOIR | C | 0.500 | 0.500 | |
| PEM905 | LOW IMPCT FTNS | C- | 0.500 | 0.500 | |
| TIE801 | APPL MATH 1-2 | C- | 0.500 | 0.500 | T |
| | MO/YR: 06/2012 | GRD LVL: 12 | | | |
| AGR847 | FLORICULTURE1-2 | A | 0.500 | 0.500 | |
| ENG320 | FNDTNS ENG 4 | B- | 0.500 | 0.500 | |
| MUS288 | CONCERT CHOIR | B | 0.500 | 0.500 | |
| SOC656 | GEOG&WRLD AFFRS | D | 0.500 | 0.500 | |
| SOC665 | AMER GOVERNMENT | C- | 0.500 | 0.500 | |
| TIE801 | APPL MATH 1-2 | C | 0.500 | 0.500 | T |

******* REPORT PERIOD AND CUMULATIVE SUMMARY *******

| Gd LV | Mo/Year | Cred Earn | Cred Attp | GPA Earn | GPA Attp | GPA Pts | GPA |
|---|---|---|---|---|---|---|---|
| 09 | 01/2009 | 2.500 | 3.000 | 2.500 | 3.000 | 5.350 | 1.783 |
| 09 | 06/2009 | 2.000 | 3.000 | 2.000 | 3.000 | 4.800 | 1.600 |
| 10 | 01/2010 | 3.000 | 3.000 | 3.000 | 3.000 | 8.350 | 2.783 |
| 10 | 06/2010 | 3.000 | 3.000 | 3.000 | 3.000 | 9.550 | 3.183 |
| 11 | 01/2011 | 3.000 | 3.000 | 3.000 | 3.000 | 9.000 | 3.000 |
| 11 | 06/2011 | 3.000 | 3.000 | 2.500 | 2.500 | 7.550 | 3.020 |
| 12 | 01/2012 | 3.000 | 3.000 | 3.000 | 3.000 | 6.850 | 2.283 |
| 12 | 06/2012 | 3.000 | 3.000 | 3.000 | 3.000 | 7.200 | 2.400 |
| Cum: | | 22.500 | 24.000 | 22.000 | 23.500 | 58.650 | 2.496 |

********** ADDITIONAL STATE REQUIREMENTS **********

| Requirement | Status |
|---|---|
| READING STANDARD | MET |
| WRITING STANDARD | MET |
| HIGH SCHOOL AND BEYOND PLAN | MET |
| CULMINATING PROJECT | MET |

*************************************************

************* END OF TRANSCRIPT RECORD *************

WALLA WALLA HIGH SCHOOL WWHS OFFICIAL TRANSCRIPT

For information about the State of Washington High School Transcript please visit the OSPI Website at www.K12.wa.us

AUTHORIZED SIGNATURE

TITLE

DATE 1.21.20

PAGE 1 of 1

# Washington State Department of Health

By the authority of RCW 18.360 this person

**Katrina Michelle Adams**

is granted a

**Medical Assistant Certification**

Washington State Department of Health

| | | |
|---|---|---|
| Status<br>**ACTIVE** | | Credential Number<br>**CM 60558448** |
| Effective Date<br>**04/30/2015** | Initial Issuance<br>**04/30/2015** | Expiration Date<br>**11/29/2015** |

Secretary

Personal Copy of Your Credential

**Washington State Department of Health**

By the authority of RCW 18.360 this person

**Katrina Michelle Adams**

is granted a

**Medical Assistant Certification**

Status

**ACTIVE**

Credential Number

**CM 60558448**

Secretary

Expiration Date

**11/29/2015**

# CERTIFICATE OF COMPLETION

THIS CERTIFICATE IS AWARDED TO

*Katrina M Adams*

THIS CERTIFIES THAT THE ABOVE STUDENT HAS COMPLETED THE 20 HOUR HIPAA TRAINING THROUGHOUT THE COURSES OF THE MEDICAL ASSISTANT PROGRAM. THIS TRAINING INCLUDES HIPAA AWARENESS, PRIVACY, SECURITY AND ELECTRONIC TRANSACTION REQUIREMENTS.

*Charter College Pasco, Washington*

PROGRAM CHAIR

11/14/14

DATE

CHARTER COLLEGE

CHANGE YOUR LIFE. START HERE.

# CERTIFICATE OF COMPLETION

THIS CERTIFICATE IS AWARDED TO

*Katrina M Adams*

THIS CERTIFIES THAT THE ABOVE STUDENT HAS COMPLETED THE 7 HOURS OF HIV/AIDS TRAINING COURSEWORK.

*Charter College Pasco, Washington*

PROGRAM CHAIR

11/14/14

DATE

CHARTER COLLEGE

CHANGE YOUR LIFE. START HERE.