FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No.   2:18-CR-0031-WFN-2 |
| --- | --- |
| Plaintiff, | |
| -vs- | ORDER RE: DEFENDANT'S REQUEST FOR PRESIDENTIAL COMMUTATION |
| KATRINA MICHELLE MARADEE ADAMS, | |
| Defendant. | |

Pending before the Court is Defendant's Petition for Commutation of Sentence. ECF No. 251. Defendant asks the President of the United States to commute her sentence and lower her term of supervised release. This Court has no authority to address presidential pardons or related requests. The Department of Justice accepts applications and instructions can be found on their website. https://www.justice.gov/pardon/pardon-information-and-instructions. A PDF of the instructions are attached to this Order for Defendant's convenience. The Court has reviewed the file and motion and is fully informed. Accordingly,

**IT IS ORDERED** that Defendant's Petition for Commutation of Sentence, filed on May 10, 2022, **ECF No. 251**, is **DENIED AS MOOT**.

The District Court Executive is directed to file this order, provide copies of the order and attachment to counsel **AND TO** *pro se* Defendant.

**DATED** this 17th day of May, 2022.

05-12-22

*/s/ Wm. Fremming Nielsen*

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER